# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of April, two thousand and sixteen.

Before:     Ralph K. Winter,
              *Circuit Judge.*
_____

In the Matter of: Residential Capital, LLC,

    Debtor.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Docket No. 16-304

Barry F. Mack,

    Appellant,

v.

ResCap Borrower Claims Trust,

    Appellee.
_____

    Appellant has filed a motion requesting that the Court set June 1, 2016 as the filing date for Appellant's principal brief and appendix and July 1, 2016 as the filing date for Appellee's answering brief.

    IT IS HEREBY ORDERED that the motion is GRANTED.

    For the Court**:**

    Catherine O'Hagan Wolfe,
    Clerk of Court

